UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL JANKOWSKI,

Petitioner,

v.

R.L. STIFF,

Respondent.

Civil No. 00-2763 (JRT/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that the federal Bureau of Prisons is violating his constitutional rights by the manner in which it is implementing and enforcing the restitution component of his federal criminal sentence.

The Respondent is directed to make a return in writing, within 20 days from the date of this order, which shall (a) address the issues raised in the Petitioner's habeas corpus application and supporting Memorandum of Law, and (b) show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to address the issues raised in the petition, including the issue of whether the BOP is lawfully executing the restitution component of Petitioner's sentence;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised in the petition, as well as Respondent's recommendation as to the need for an evidentiary hearing, in light of the requirements of federal statutes and

FILED 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

other pertinent legal authority; and

3. Certified copies of any court records, prison records or other documentation that may be germane to the issues raised in the petition.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Also before the Court at this time is Petitioner's application for leave to proceed in forma pauperis, ("IFP"). Based on the representations made in the IFP application, the Court finds that Petitioner is eligible to proceed IFP in this matter. Petitioner's IFP application, (Docket No. 3), is therefore GRANTED.

Dated: 1/10/01

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge