COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2763 (JRT/FLN)

| | | |
|---|---|---|
| MICHAEL JANKOWSKI, Petitioner, | ) | |
| v. | ) | ORDER |
| R. L. STIFF, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Chief Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that Respondent shall be granted until February 13, 2001, to prepare and submit its response.

Dated: 1/24/01

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________