UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michal Jankowski,

Petitioner,

vs.

Robert Mundt, Warden,

Respondent.

Civil 00-2763 JRT/FLN

**O R D E R**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 10, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that the Clerk of Court is directed to immediately transfer this action to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. §§1406(a) and 1631.

DATED: July 31, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK ________